大成 DENTONS

Jonathan Hong
Associate

jonathan.hong@dentons.com
D  +1 212-398-8797

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/25

December 11, 2025

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    Tucker v. Pureformulas, Inc., Case No. 1:25-cv-03511-MKV

Dear Judge Vyskocil

We represent defendant Pureformulas, Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we request that the Court adjourn Defendant's Deadline to respond to the complaint scheduled for December 15, 2025 to January 30, 2026. (Dkt # 17).

The parties have agreed to a settlement in principle. This requested stay will permit the parties to finalize their good faith efforts to bring about the voluntary  dismissal of all claims asserted in this action without further litigation. Once those efforts are  complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Jonathan S. Hong*
Jonathan S. Hong

cc:    All counsel of record (by ECF)

**Granted. SO ORDERED.**

Date: 12/11/25
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms